**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Fairfield Sentry Ltd. (In Liquidation), et al., <br><br> Plaintiffs, <br><br> -against- <br><br> HSBC Private Bank (Suisse) S.A., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 12 - _____ <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF MOVING DEFENDANTS' EMERGENCY MOTION FOR A STAY OF**
**THE BANKRUPTCY COURT'S MEMORANDUM DECISION AND ORDER**
**GRANTING THE FOREIGN REPRESENTATIVE'S MOTION SEEKING**
**EXPEDITED INITIAL DISCLOSURES AND LEAVE TO APPEAL THAT ORDER**

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Of Counsel:

Evan A. Davis
Thomas J. Moloney
Lawrence B. Friedman
Lewis J. Liman
Jeffrey A. Rosenthal
Carmine D. Boccuzzi Jr.
Breon S. Peace

One Liberty Plaza
New York, NY 10006
(212) 225-2000

*Attorneys for Defendants HSBC Private Bank*
*(Suisse) S.A., HSBC Securities Services*
*(Luxembourg) S.A., HSBC Bank USA N.A., HSBC*
*Private Bank (C.I.) Limited (sued here as HSBC*
*Private Bank (Guernsey) Ltd.), HSBC Private*
*Banking Nominee 1 (Jersey) Limited (sued here as*
*FS/HSBC Private Banking Nom), Robinson & Co.,*
*Banco Nominees 2 (Guernsey) Limited (sued here as*

*Banco Nominees (IOM) Limited), HSBC Guyerzeller Trust Company A.G., HSBC Securities (Panama) S.A., HSBC International Trustee Limited, HSBC Institutional Trust Services (Asia) Limited, Somers Nominees (Far East) Limited, HSBC Bank Bermuda Limited, Caceis Bank Luxembourg, Caceis Bank as successor in interest to CDC IXIS, Caceis Bank as successor in interest to Caceis Bank Ex Ixis Is, Crédit Agricole (Miami), Crédit Lyonnais, Crédit Lyonnais Miami, Crédit Agricole (Suisse) S.A., Crédit Agricole Titres, Calyon Paris, Cais Bank, Citibank (Switzerland) AG, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BNP Paribas Arbitrage SNC, BNP Paribas Securities Nominees, Fortis Bank SA/NV n/k/a BNP Paribas Fortis, BNP Paribas España, and BGL BNP Paribas (sued as FS/ Fortis Banque Luxembourg and FS/Banque Générale du Luxembourg),BNY Mellon International Ltd. and BNY AIS Nominees Limited*

Upon this Notice of Moving Defendants' Emergency Motion for a Stay of the Bankruptcy Court's Memorandum Decision and Order Granting the Foreign Representative's Motion Seeking Expedited Initial Disclosures and Leave to Appeal that Order (the "Emergency Motion"), the Memorandum of Law in Support of the Emergency Motion, dated June 28, 2012 (the "Memorandum of Law"),[1] the Declarations of Thomas J. Moloney and Charles J. Keeley, sworn on June 28, 2012, and all prior pleadings and proceedings herein, defendants HSBC Private Bank (Suisse) S.A., HSBC Securities Services (Luxembourg) S.A., HSBC Bank USA N.A., HSBC Private Bank (C.I.) Limited (sued here as HSBC Private Bank (Guernsey) Ltd.), HSBC Private Banking Nominee 1 (Jersey) Limited (sued here as FS/HSBC Private Banking Nom), Robinson & Co., Banco Nominees 2 (Guernsey) Limited (sued here as Banco Nominees (IOM) Limited), HSBC Guyerzeller Trust Company A.G., HSBC Securities (Panama) S.A., HSBC International Trustee Limited, HSBC Institutional Trust Services (Asia) Limited, Somers Nominees (Far East) Limited, HSBC Bank Bermuda Limited, Caceis Bank Luxembourg, Caceis Bank as successor in interest to CDC IXIS, Caceis Bank as successor in interest to Caceis Bank Ex Ixis Is, Crédit Agricole (Miami), Crédit Lyonnais, Crédit Lyonnais Miami, Crédit Agricole (Suisse) S.A., Crédit Agricole Titres, Calyon Paris, Cais Bank, Citibank (Switzerland) AG, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BNP Paribas Arbitrage SNC, BNP Paribas Securities Nominees, Fortis Bank SA/NV n/k/a BNP Paribas Fortis, BNP Paribas España, and BGL BNP Paribas (sued as FS/ Fortis Banque Luxembourg and FS/Banque Générale du Luxembourg), BNY Mellon International Ltd. and BNY AIS Nominees Limited (collectively, "Moving Defendants"), by their attorneys Cleary Gottlieb

---

[1]    To the extent not defined herein, capitalized terms shall have the meaning ascribed to them in the Memorandum of Law.

Steen & Hamilton LLP, respectfully move the United States District Court for the Southern

District of New York (the "District Court") for (1) an order staying the proceedings in the

adversary proceedings administratively consolidated in the Bankruptcy Court under the

caption *Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam*, Adv. Pro. No. 10-03496 (the

"Actions") pending disposition of the Emergency Motion and, if the Emergency Motion is

granted, the appeal of the Bankruptcy Court's decision dated June 27, 2012 (the "Order"), or

until the Emergency Motion is denied, and (2) leave to appeal, on an emergency basis, the

Order pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8003, 8005

and 8011(d).

        This Emergency Motion and supporting documentation are being served

contemporaneously with this filing on the Foreign Representative's counsel at the following

address:

> David J. Molton, Esq.
> May Orenstein, Esq.
> Daniel J. Saval, Esq.
> Kerry J. Quinn, Esq.
> S. Ethan Bowers, Esq.
>
> Brown Rudnick LLP
> 7 Times Square
> New York, New York 10036
> (212) 209-4800

### Statement of Facts Necessary to an Understanding
### of the Questions to be Presented on Appeal

        The Memorandum of Law sets forth Moving Defendants' statement of facts

necessary to an understanding of the questions to be presented on appeal, which statement is

incorporated herein by reference.

**Statement of the Questions on Appeal and the Relief Sought**

Moving Defendants seek leave to appeal from the Order with respect to the following controlling issues of law:

1.  Whether the Bankruptcy Court improperly read boilerplate language in certain of the Moving Defendants' subscription agreements acknowledging their willingness to comply with OFAC money laundering and anti-terrorist regulations to the extent those regulations could require disclosure of beneficial owners that might be designated as "Prohibited Persons" under the OFAC regulations as constituting instead general waivers of the customers confidentiality and data protection laws of the Moving Defendants home jurisdictions, for any and all purposes, whether or not related to OFAC regulations, and by which laws the Moving Defendants are prohibited from disclosing their customers' identities under criminal, civil and/or regulatory sanctions.

2.  Whether the Bankruptcy Court committed a fundamental error of law by ruling on the merits of the discovery dispute without first considering threshold jurisdictional issues regarding its power to enter any order.

3.  Whether the Bankruptcy Court committed a fundamental error of law by failing to conduct any analysis of the factors underlying the principles of international comity and ordering Moving Defendants to make disclosures in violation of foreign bank customer confidentiality and privacy laws.

**Statement of Reasons Why the Appeal Should Be Granted**

The Memorandum of Law sets forth the Moving Defendants' statement of reasons why the appeal should be granted, which statement is incorporated herein. The grounds advanced in support of the motion were submitted to Judge Lifland.

3

Moving Defendants have made no prior requests to this Court or to any other court for the relief requested by this Motion.

WHEREFORE, Moving Defendants respectfully request that this Court enter an order granting the relief requested herein, and such other and further relief as the Court deems just and appropriate.

Dated:    New York, New York
          June 28, 2012

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Thomas J. Moloney, a Member of the Firm

*Attorneys for Defendants HSBC Private Bank
(Suisse) S.A., HSBC Securities Services
(Luxembourg) S.A., HSBC Bank USA N.A., HSBC
Private Bank (C.I.) Limited (sued here as HSBC
Private Bank (Guernsey) Ltd.), HSBC Private
Banking Nominee 1 (Jersey) Limited (sued here as
FS/HSBC Private Banking Nom), Robinson & Co.,
Banco Nominees 2 (Guernsey) Limited (sued here as
Banco Nominees (IOM) Limited), HSBC Guyerzeller
Trust Company A.G., HSBC Securities (Panama)
S.A., HSBC International Trustee Limited, HSBC
Institutional Trust Services (Asia) Limited, Somers
Nominees (Far East) Limited, HSBC Bank Bermuda
Limited, Caceis Bank Luxembourg, Caceis Bank as
successor in interest to CDC IXIS, Caceis Bank as
successor in interest to Caceis Bank Ex Ixis Is,
Crédit Agricole (Miami), Crédit Lyonnais, Crédit
Lyonnais Miami, Crédit Agricole (Suisse) S.A.,
Crédit Agricole Titres, Calyon Paris, Cais Bank,
Citibank (Switzerland) AG, BNP Paribas (Suisse)
SA, BNP Paribas (Suisse) SA Ex Fortis, BNP
Paribas (Suisse) SA Private, BNP Paribas Arbitrage
SNC, BNP Paribas Securities Nominees, Fortis Bank*

4

*SA/NV n/k/a BNP Paribas Fortis, BNP Paribas España, BGL BNP Paribas (sued as FS/ Fortis Banque Luxembourg and FS/Banque Générale du Luxembourg), BNY Mellon International Ltd. and BNY AIS Nominees Limited*

5