UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Fairfield Sentry Ltd. (In Liquidation), et al.,

               Plaintiffs,                             No. 12-MISC-00218

          -against-

                                             **NOTICE OF APPEARANCE**

HSBC Private Bank (Suisse) S.A., et al.,

               Defendants.

------------------------------------------------------------X

      PLEASE TAKE NOTICE that Sarah E. Mendola of Tannenbaum Helpern Syracuse & Hirschtritt LLP, with offices located at 900 Third Avenue, New York, NY 10022, hereby appears on behalf of Defendants Stanhope Capital ("Stanhope") and Investec Bank (Switzerland) AG ("Investec") in the above-captioned action, and requests that copies of all notices given, or required to be given in this case, and all papers filed or served, or required to be filed or served in this case, be provided to the undersigned. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

      This Notice of Appearance is limited in nature and does not constitute a consent to service or jurisdiction. In filing this Notice of Appearance, Stanhope and Investec are not admitting any facts or waiving any rights or defenses, including service or jurisdictional defenses.

      Stanhope and Investec do not hereby submit to the jurisdiction of any court, and expressly reserve all rights, defenses, and objections, including without limitation, all defenses based on lack of jurisdiction, lack of service, and improper service.

TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP


*/s/ Sarah E. Mendola*
Sarah E. Mendola
900 Third Avenue
New York, New York  10022
Telephone:  (212) 508-6700
bieber@thsh.com


*Attorneys for Investec Bank (Switzerland) AG and Stanhope Capital*