UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Fairfield Sentry Ltd. (In Liquidation), et al.,

                Plaintiffs,

-against-

HSBC Private Bank (Suisse) S.A., et al.,

                Defendants.
---------------------------------------------------------------X

No. 12-MISC-00218

## NOTICE OF JOINDER IN EMERGENCY MOTION FOR
## (1) A STAY OF THE BANKRUPTCY COURT'S JUNE 27, 2012 ORDER
## AND (2) LEAVE TO APPEAL THAT ORDER

We hereby provide notice that Stanhope Capital and Investec Bank (Switzerland) AG,[1] both of which are defendants in adversary proceedings that have been administratively consolidated with the above-captioned case in the Bankruptcy Court under the caption *Fairfield Sentry Limited v. Theodoor GGC Amsterdam*, Adv. Pro. No. 10-03496, join in the emergency motion, which was filed on June 28, 2012, by Cleary Gottlieb Steen & Hamilton LLP, and on June 29, 2012, by O'Melveny & Myers LLP ("O'Melveny") and Sullivan & Cromwell LLP, on behalf of their respective clients, for (1) a stay of the Bankruptcy Court's June 27, 2012 Order, and (2) leave to appeal that Order. In the event that leave to appeal is denied, the undersigned parties join in O'Melveny's request that the Court treat its emergency motion as a petition for a writ of mandamus ordering the Bankruptcy Court to vacate the June 27, 2012 Order.

Dated: New York, New York
       July 5, 2012

---

[1] By filing this joinder, the undersigned parties do not waive, and expressly reserve, all rights, remedies and defenses, including, without limitation, all defenses based on lack of personal jurisdiction, lack of subject matter jurisdiction, and defective service of process.

TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP

*/s/ Tammy P. Bieber*
Tammy P. Bieber
Sarah E. Mendola
900 Third Avenue
New York, New York  10022
Telephone:  (212) 508-6700
bieber@thsh.com

*Attorneys for Investec Bank (Switzerland) AG and Stanhope Capital*