UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIRFIELD SENTRY Ltd. (In Liquidation), et al., <br> Plaintiffs <br><br> -against- <br><br> HSBC PRIVATE BANK (SUISSE) SA, et al, <br> Defendants. | ) <br> ) <br> ) <br> )    No. 12-MC-218 <br> ) <br> ) <br> ) <br> ) |

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Banca di San Marino S.p.A ("BSM"),[1] hereby discloses as follows:

1.  Ente Cassa di Faetano ("Faetano") owns 90.13% of the shares of BSM. Faetano is a self-standing, non-profit organization. No other entity owns 10% or more of the stock of BSM.

Respectfully submitted,

ANDREWS KURTH LLP

By: /s/ Cassandra L. Porsch
    Cassandra L. Porsch
    450 Lexington Avenue
    New York, New York 10017
    Phone: (212) 850-2800
    Facsimile: (212) 850-2929
    cporsch@andrewskurth.com

*Attorneys for Defendant Banca di San Marino S.p.A.*

---

[1] BSM is a Defendant in Adv. Pro. No. 11-01572, administratively consolidated as Adv. Pro. No. 10-03496, pending before the United States Bankruptcy Court for the Southern District of New York.

NYC:241070.1