UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fairfield Sentry Ltd. (In Liquidation), et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>HSBC Private Bank (Suisse) SA, et al.,<br><br>Defendants. | No. 12-MC-218 (LAP) |
| Fairfield Sentry Ltd. (In Liquidation), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Andorra Banc Agricol Reig, S.A., et al.<br><br>Defendants. | Chapter 15<br>Case No. 10-13164 (BRL)<br><br>Adv. Pro. No. 11-02611 (BRL) |
| Fairfield Sentry Ltd. (In Liquidation), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FS/Andbanc Andorra, et al.<br><br>Defendants. | Adv. Pro. No. 10-03632 (BRL) |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

1.    Although Plaintiff named Defendant as FS/ANDBanc Andorra, there is no legal entity with that name.

2.    Pursuant to Federal Rule of Civil Procedure 7.1, Andorra Banc Agricol Reig, S.A. ("Andbanc") discloses that Cerqueda Donadeu, S.A. and Reig Finances, S.A.U. each own more than 10% of Andbanc's equity interests.

3.    The undersigned party understands that it must promptly file a supplemental statement upon any change in the information that the statement requires.

- 2 -

| | |
|---|---|
| Dated: July 2, 2012<br>Washington, D.C. | Respectfully submitted,<br><br>K&L GATES LLP<br><br>By     /s/  Richard A. Kirby<br><br>Richard A. Kirby (*pro hac vice pending*)<br>K&L GATES LLP<br>1601 K Street<br>Washington D.C. 20006<br>(202) 778-9000 (Telephone)<br>(202) 778-9100 (Facsimile)<br><br>and<br><br>Wm. Shaw McDermott (*pro hac vice pending*)<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950<br>(617) 261-3100 (Telephone)<br>(617) 261-3175 (Facsimile) |

- 2 -