SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000

*Attorneys for Defendant*
*Standard Chartered Bank*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------x

FAIRFIELD SENTRY LTD.
(IN LIQUIDATION), et al.,

                    Plaintiffs,

    v.                          No. 12-mc-218 (LAP)

HSBC PRIVATE BANK (SUISSE), S.A., et al.,

                    Defendants.

-----------------------------------x

FAIRFIELD SENTRY LIMITED, et al.,

                      Plaintiffs,      Chapter 15
                                        Case No. 10-13164 (BRL)

    v.

FS/AEB LUX, et al.,                   Adv. Pro. No. 11-01254  (BRL)

                      Defendants.

-----------------------------------x

## CERTIFICATE OF SERVICE

       I, **Robinson B. Lacy**, hereby certify that I am a member of Sullivan & Cromwell LLP, attorneys for Standard Chartered Bank, and that on June 29, 2012, I served the **Motion of**

**Standard Chartered Bank for Permission to Appeal and Joinder in HSBC Defendants' Emergency Motion for a Stay of the Bankruptcy Court's Memorandum Decision and Order Granting the Foreign Representative's Motion for Expedited Initial Disclosures** by

(1) filing the same with the Clerk of the Court through the Court's CM/ECF system, and

(2) serving counsel for the Plaintiffs as set forth below:

>David J. Molton (by e-mail and hand delivery)
>Kerry L. Quinn (by e-mail)
>Brown Rudnick LLP
>7 Times Square
>New York, NY 10036

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 5, 2012.

>/s/ Robinson B. Lacy
>Robinson B. Lacy