UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fairfield Sentry Ltd. (In Liquidation), et al., | ) ) ) |
| Plaintiffs, | ) No. 12 - _____ ) |
| -against- | ) ) |
| HSBC Private Bank (Suisse) S.A., et al., | ) ) |
| Defendants. | ) ) ) ) |

## CORPORATE OWNERSHIP STATEMENT

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure:

1. Caceis Bank Luxembourg, by and through its undersigned attorneys, states that it is wholly owned by CACEIS S.A. CACEIS S.A. is owned by Crédit Agricole S.A. and Natixis, both of which are publicly held corporations.

2. Crédit Agricole (Miami), on its own behalf and as successor-in-interest to certain accounts registered in the name of Crédit Lyonnais Miami, by and through its undersigned attorneys, states that it is an agency of Crédit Agricole Corporate and Investment Bank. Crédit Agricole S.A., a publicly held corporation, owns more than 10% of Crédit Agricole Corporate and Investment Bank.

3. Crédit Lyonnais n/k/a LCL-LE Crédit Lyonnais, S.A., by and through its undersigned attorneys, states that Crédit Agricole S.A., a publicly held corporation, owns more than 10% of LCL-LE Crédit Lyonnais, S.A.

4. CACEIS Bank, n/k/a CACEIS Bank France, as successor-in-interest to CDC Ixis, by and through its undersigned attorneys, states that it is wholly owned by CACEIS

S.A. CACEIS S.A. is owned by Crédit Agricole S.A. and Natixis, both of which are publicly held corporations.

5. CACEIS Bank, n/k/a CACEIS Bank France, as successor-in-interest to CACEIS Bank Ex Ixis Is, by and through its undersigned attorneys, states that it is wholly owned by CACEIS S.A. CACEIS S.A. is owned by Crédit Agricole S.A. and Natixis, both of which are publicly held corporations.

6. Crédit Agricole (Suisse) S.A., by and through its undersigned attorneys, states that it is owned by Crédit Agricole Private Banking. Crédit Agricole Corporate and Investment Bank owns more than 10% of Crédit Agricole Private Banking, and Crédit Agricole S.A., a publicly held corporation, owns more than 10% of Crédit Agricole Corporate and Investment Bank.

7. Crédit Agricole Titres, by and through its undersigned attorneys, states that it is owned in part by Crédit Agricole S.A., a publicly held corporation, and in part by LCL-LE Crédit Lyonnais, S.A., and that Crédit Agricole S.A. owns more than 10% of LCL-LE Crédit Lyonnais, S.A.

8. CACEIS Bank, n/k/a CACEIS Bank France, as successor in interest to Crédit Agricole Investor Services Bank (named in the above-captioned action as CAIS Bank), by and through its undersigned attorneys, states that it is wholly owned by CACEIS S.A. CACEIS S.A. is owned by Crédit Agricole S.A. and Natixis, both of which are publicly held corporations.

2

9.  Calyon Paris, n/k/a Crédit Agricole Corporate and Investment Bank, by and through its undersigned attorneys, states that Crédit Agricole S.A., a publicly held corporation, owns more than 10% of Crédit Agricole Corporate and Investment Bank.

Respectfully submitted,

Dated: June 28, 2012
New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Lawrence B. Friedman
One Liberty Plaza
New York, New York 10006
(212) 225-2000
(212) 225-3999 (facsimile)
lfriedman@cgsh.com

*Attorneys for Defendants Caceis Bank Luxembourg, Caceis Bank, Crédit Agricole (Miami), Crédit Lyonnais, Crédit Lyonnais Miami, Crédit Agricole (Suisse) S.A., Crédit Agricole Titres and Calyon Paris*