
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Fairfield Sentry Ltd. (In Liquidation), et al, :

                                Case No. 12-mc-00218 (LAP)

                Plaintiffs,

-against-

HSBC Private Bank (Suisse) S.A., et al.,

                Defendants.
------------------------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT
## OF LGT BANK (SWITZERLAND) LTD, BASEL[1]

      Pursuant to Federal Rule of Civil Procedure 7.1 and Federal Rule of Bankruptcy Procedure 7007.1, Defendant LGT Bank (Switzerland) Ltd, Basel states that it is wholly owned by LGT Holding International AG, Pfäffikon. LGT Holding International AG, Pfäffikon is wholly owned by LGT Holding Denmark ApS, Copenhagen. LGT Holding Denmark ApS, Copenhagen is wholly owned by LGT Holding (Malaysia) Ltd, Labuan Malaysia. LGT Holding (Malaysia) Ltd, Labuan Malaysia is wholly owned by LGT Group Foundation, Vaduz.

Dated: New York, NY
July 5, 2012

---

[1] Filing of this Corporate Disclosure Statement is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses Defendant LGT Bank (Switzerland) Ltd, Basel are expressly reserved.

**MILBANK, TWEED, HADLEY & McCLOY LLP**

<u>/s/ Dorothy Heyl</u>
Stacey J. Rappaport
Dorothy Heyl
One Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: srappaport@milbank.com
dheyl@milbank.com

*Counsel for LGT Bank in Liechtenstein AG and LGT Bank (Switzerland) Ltd, Basel*