UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Fairfield Sentry Ltd. (In Liquidation), et al, :

                                                               Case No. 12-mc-00218 (LAP)

               Plaintiffs,

-against-

HSBC Private Bank (Suisse) S.A., et al.,

               Defendants.

---------------------------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT
## LGT BANK IN LIECHTENSTEIN AG

# CORPORATE DISCLOSURE STATEMENT[1]

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant LGT Bank in Liechtenstein AG states that it is wholly owned by LGT Group Foundation, Vaduz.

Dated: New York, NY
July 5, 2012

**MILBANK, TWEED, HADLEY & McCLOY LLP**

/s/ Dorothy Heyl
Stacey J. Rappaport
Dorothy Heyl
One Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: srappaport@milbank.com
dheyl@milbank.com

*Counsel for LGT Bank in Liechtenstein AG and LGT Bank (Switzerland) Ltd, Basel*

---

[1] Filing of this Corporate Disclosure Statement is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of Defendant LGT Bank in Liechtenstein AG are expressly reserved.