UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
Fairfield Sentry Ltd. (In Liquidation), et al, :

                                      Case No. 12-mc-00218 (LAP)

                Plaintiffs,

-against-

HSBC Private Bank (Suisse) S.A., et al.,

                Defendants.
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Dorothy Heyl of Milbank, Tweed, Hadley & McCloy LLP hereby appears in proceeding number 12-mc-00218 on behalf of LGT Bank in Liechtenstein AG and LGT Bank (Switzerland) Ltd, Basel (formerly known as, and named in the Adversary Proceedings as, Dresdner Schweiz) (the "LGT Defendants").

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of the LGT Defendants are expressly reserved.

Dated: New York, NY
July 5, 2012

**MILBANK, TWEED, HADLEY & McCLOY LLP**
/s/ Dorothy Heyl
Dorothy Heyl
One Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: srappaport@milbank.com
dheyl@milbank.com
*Counsel for LGT Bank in Liechtenstein AG and LGT*
*Bank (Switzerland) Ltd, Basel*