UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (In Liquidation), et al.,<br><br>              Plaintiffs,<br><br>  - against -<br><br>HSBC PRIVATE BANK (SUISSE) SA, et al.,<br><br>              Defendants. | No. 12-MC-218 |

**CORPORATE OWNERSHIP STATEMENT OF DEFENDANTS
BARCLAYS BANK (SUISSE) S.A., BARCLAYS BANK S.A.,
AND BARCLAYS PRIVATE BANK & TRUST LIMITED**

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited,[1] through their undersigned attorneys, state as follows:

Barclays Bank S.A. is a direct subsidiary of Barclays Bank PLC. Each of Barclays Bank (Suisse) S.A. and Barclays Private Bank & Trust Limited is an indirect subsidiary of Barclays Bank PLC. Barclays Bank PLC is in turn a direct subsidiary of Barclays PLC, a publicly held company whose shares are listed on the London Stock Exchange and which also has American Depositary Receipts listed on the New York Stock Exchange. No other corporation owns 10% or more of the stock of Barclays Bank (Suisse) S.A., Barclays Bank S.A. or Barclays Private Bank & Trust Limited.

---

[1] Barclays Bank (Suisse) S.A. is a defendant in Adv. Pro. No. 11-1289, Barclays Bank S.A. is a defendant in Adv. Pro. No. 12-1265, and Barclays Private Bank & Trust Ltd. is a defendant in Adv. Pro. No. 12-1599, all of which are administratively consolidated as Adv. Pro. No. 10-3496, pending before the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
July 5, 2012

Respectfully submitted,

**HOGAN LOVELLS US LLP**

By: ___/s/ Marc J. Gottridge_____
    Marc J. Gottridge
    Andrew M. Behrman
875 Third Avenue
New York, NY 10022
Telephone (212) 918-3000
Facsimile (212) 918-3100
marc.gottridge@hoganlovells.com

*Attorneys for Defendants Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited*