**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
Eric Fishman, Esq.
Kerry A. Brennan, Esq.
Brandon Johnson, Esq.
*Attorneys for Falcon Private Bank Ltd.*
*(f/k/a AIG Private Bank AG)*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Fairfield Sentry Ltd. (In Liquidation), et al., <br><br> Plaintiffs, <br><br> v. <br><br> HSBC Private Bank (Suisse) S.A., et al., <br><br> Defendants. | No. 12-mc-218 |

**CORPORATE OWNERSHIP STATEMENT OF**
**DEFENDANT FALCON PRIVATE BANK LTD.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Falcon Private Bank Ltd. ("Falcon"), by and through its undersigned attorneys, hereby states as follows:

1. Falcon is wholly owned by Pa 73 WT Holding GmbH;

2. Pa 73 WT Holding GmbH is wholly owned by Aabar Europe Holdings GmbH;

3. Aabar Europe Holdings GmbH is wholly owned by Aabar Investments PJS;

4. Aabar Investments PJS is more than 95% owned by International Petroleum Investment Company; and

5. International Petroleum Investment Company is wholly owned by the Abu Dhabi government.

Dated:  July 9, 2012
New York, New York

Respectfully submitted,

/s/ *Eric Fishman*
Eric Fishman, Esq.
Kerry A. Brennan, Esq.
Brandon Johnson, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Attorneys for Falcon Private Bank Ltd.*
*(f/k/a AIG Private Bank AG)*