UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

| | |
|---|---|
| Fairfield Sentry Ltd. (In Liquidation), et al.,     Plaintiff, | Case No.  12-MISC-00218 |
| -against- | |
| HSBC Private Bank (Suisse) S.A., et al.     Defendant. | |

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Charles C. Platt
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CP2937           My State Bar Number is  1678325

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME:  Wilmer Cutler Pickering Hale & Dorr LLP
              FIRM ADDRESS:  399 Park Avenue, NY, NY 10022
              FIRM TELEPHONE NUMBER:  212-230-8800
              FIRM FAX NUMBER:  212-230-8888

NEW FIRM:     FIRM NAME:  Wilmer Cutler Pickering Hale & Dorr LLP
              FIRM ADDRESS:  7 World Trade Center, NY, NY 10007
              FIRM TELEPHONE NUMBER:  212-230-8800
              FIRM FAX NUMBER: 212-230-8888

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 17, 2012                    s/ Charles C. Platt
                                        _____
                                        ATTORNEY'S SIGNATURE